and Trustees under the Last Will and Testament of HENRY FR. KOCH, Deceased, to Collect an Award Made to an Unknown Owner for the Taking of Damage Parcel Number 56 in Parcel 8 in the Proceeding: In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to Certain Lands Along the Northerly Shore of Jamaica Bay, etc.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of ALLAN LEE SMIDT to Collect an Award Made to an Unknown Owner in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Located at a Point Formed by the Intersection of the Easterly Side of Fourteenth Street and the Northerly Side of Thirty-fifth Avenue in the Borough of Queens, County of Queens, City, and State of New York, Duly Selected as a Site for Use as a Refuse Destructor, According to Law. — Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of HANDLEY LEE, Respondent, for an Order of Mandamus against WILLIAM F. QUIGLEY, as Commissioner of Licenses of the City of New York, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of ROY H. SLOANE, Appellant, to Vacate, Annul and Set Aside a Judgment of the Court and to Revoke a Commitment to Sing Sing. THE PEOPLE OF THE STATE OF NEW YORK, Respondent. (Appeal No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of ROY H. SLOANE, Appellant, for a Writ of Mandamus to Compel Hon. FREDERICK P. CLOSE, County Judge of Westchester County, Respondent, to Take Jurisdiction. (Appeal No. 3.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of CORA B. SMITH and Others, to Collect an Award Made to an Unknown Owner for the Taking of Damage Parcels Numbers 30, 31, 32 and 33 in the Proceeding In the Matter of the Application of the CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring the Right and Title to and Possession of Certain Lands under Water Situated Along the Northerly Shore of Jamaica Bay, in the Boroughs of Brooklyn and Queens.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

HULDA KAPHAN, Respondent, v. 1314 GRANDVIEW AVENUE CORPORATION and Another, Appellants, and BELLA BIERMAN and Others, Defendants. (Action No. 1.) — Motion to restrain transfer of title denied, with ten dollars costs. Present — Lazansky, P. J. Rich, Young, Scudder and Tompkins, JJ.